# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD FERLINGERE,
                            Appellant,
                    vs.
MA IMEE BURKHOLDER,
                            Respondent.

No. 69027

**FILED**

JAN 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order extending a protective order against domestic violence. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order extending a protective order. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-00901

cc:    Hon. Connie J. Steinheimer, District Judge
Ronald Dennis Ferlingere
Ma Imee Burkholder
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A